Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd, Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile )(916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**OF THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>  v.<br><br>Dmitriy Markiv, et al,<br><br>    Defendants. | Case No. **2:11-cv-03336-WBS-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendant Caliclips, Inc. with Prejudice**<br><br>Case to Remain Open with Remaining Defendants |

IT IS SO ORDERED THAT Defendant, Caliclips, Inc., is hereby dismissed from the above-entitled action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). This case is to remain open with remaining Defendants.

Date: March 26, 2012

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE