SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br><br>         Plaintiff, <br><br>    vs. <br><br> Dmitriy Markiv, et al, <br><br>         Defendants | Case No. **2:11-cv-03336-WBS-KJN** <br><br> **ORDER RE: STIPULATED DISMISSAL WITHOUT PREJUDICE** |

   IT IS HEREBY ORDERED THAT this action be and is hereby dismissed Without Prejudice pursuant to FRCP 41 (a)(1).

Date:  December 26, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-11-cv-03336-WBS-KJN- 1